IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                                    PLAINTIFF

v.                                                                  No. 1:12CV168-SA-DAS

MIKE CHENEY, ET AL.                                                       DEFENDANTS

ORDER ON REPORT AND RECOMMENDATIONS

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated March 13, 2015, was on that date duly served by first class mail upon the Plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendation, and that no objection thereto has been filed or served by the Plaintiff. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

ORDERED:

1.     That the Report and Recommendation of the United States Magistrate Judge dated March 13, 2015, be, and it is hereby, approved and adopted as the opinion of the Court.

2.     Defendant Martin Pace is hereby dismissed as Plaintiff has failed to state a claim against Pace.

THIS, the 1st day of June, 2015.

 /s/ Sharion Aycock
**U.S. DISTRICT JUDGE**