IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 1:12-CV-168-SA-DAS

MIKE CHENEY,
JAMES JACKSON, and
TIM NAIL                                                                    DEFENDANTS

ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this same day, the Court orders the following:

Defendant Nail's Motion for Summary Judgment [90] is GRANTED, and he is entitled to qualified immunity on all of the Plaintiff's claims.

Defendant Jackson's Motion for Summary Judgment [213] is GRANTED in part, and DENIED in part. Jackson is not entitled to qualified immunity on the Plaintiff's Fourth Amendment claim for illegal arrest. Jackson's request for summary judgment is granted on all other claims.

Defendant Chaney's Motion for Summary Judgment [216] is GRANTED.

The Plaintiff's Motions for additional discovery [100, 162, 190, 222] are DENIED.

The Plaintiff's Motion for Extension of Time [124] is GRANTED.

The Plaintiff's sole remaining claim is his Fourth Amendment claim against Defendant Jackson. All other claims and defendants are DISMISSED with prejudice.

**SO ORDERED on this the 14th day of July, 2016.**

                                                          /s/ Sharion Aycock
                                                         **UNITED STATES DISTRICT JUDGE**