IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                              PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:12-CV-168-SA

JAMES JACKSON                                                          DEFENDANT

## ORDER GRANTING MISTRIAL

At the trial of this matter, Plaintiff moved for a mistrial, which after careful consideration and for the reasons stated on the record, the Court GRANTED.

The trial of this matter shall be reset by separate notice.

SO ORDERED, this the 6th day of March, 2017.

                                                         /s/ Sharion Aycock
                                                         **U.S. DISTRICT JUDGE**