IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                                    PLAINTIFF

V.                                                        CIVIL ACTION NO. 1:12-CV-168-SA-DAS

JAMES JACKSON                                                               DEFENDANT

ORDER IMPOSING COSTS

The trial of this matter commenced on Monday, March 6, 2017. Prior to opening statements, the Court orally announced its ruling on the pending Motion in Limine and explicitly cautioned the attorney and parties that evidence of the Plaintiff's prior criminal history and incarceration was not to be mentioned in front of the jury. The Plaintiff called the Defendant to the stand as his first witness, and Defendant James Jackson mentioned, in front of the jury, that Plaintiff was "in prison" during his investigation.

For the reasons stated on the record, the Court granted the Plaintiff's request for a mistrial, and warned the Defendant that jury costs would likely be assessed against him for deliberately defying the Court's Order.

According to the jury clerk, bringing in and selecting a jury for the trial of this matter cost the District $1,925.64. Accordingly, that cost is assessed against the Defendant James Jackson to be payable to the Clerk of Court, Northern District of Mississippi, 911 Jackson Avenue, Oxford, Mississippi 38655, within thirty (30) days.

SO ORDERED, this the 9th day of March, 2017.

    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE