IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO.1:12-CV-168-SA-DAS

MIKE CHENEY, et al.                                                         DEFENDANTS

ORDER ON TRANSCRIPT FEES

Because the Plaintiff is proceeding *in forma pauperis* and the Court previously deemed the mistrial transcript necessary for the Plaintiff's further prosecution of this case, pursuant to Title 28 U.S.C. § 753(f) the Court orders that the United States shall pay the transcript fees for the requested mistrial transcript held on March 6, 2017 out of moneys appropriated for those purposes as noted in the statute.

SO ORDERED, on this the 28th day of June, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE