IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 1:12-CV-168-SA-DAS

JAMES JACKSON                                                              DEFENDANT

ORDER

Pursuant to the Court's ruling from the Bench on July 17, 2017, and for all the reasons stated on the record, the Court orders the following:

Plaintiff's Motion [316] to close the courtroom during confidential testimony is GRANTED.

Plaintiff's Motion [319] for the issue of subpoenas is DENIED.

Plaintiff's Motion [320] in limine is GRANTED IN PART.

SO ORDERED, on this the 17th day of July, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE