IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                                                      PLAINTIFF

V.                                                        CIVIL ACTION NO. 1:12-CV-168-SA-DAS

JAMES JACKSON                                                                                DEFENDANT

## JUDGMENT

A jury tried this case with the undersigned judge presiding, and the jury rendered a verdict on July 20, 2017. In accord with the verdict rendered in this case, judgment is hereby entered in favor of the Plaintiff, and $5,000.00 is awarded. No punitive damages are awarded.

SO ORDERED, on this the 20th day of July, 2017.

                                                              /s/ Sharion Aycock
                                                              UNITED STATES DISTRICT JUDGE