IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                                       PLAINTIFF

V.                                                           CIVIL ACTION NO.1:12-CV-168-SA-DAS

MIKE CHENEY, et al.                                                          DEFENDANTS

## ORDER AND NOTICE OF PAST DUE SANCTIONS

On September 5, 2017, this Court sanctioned Emmett Atwood and Kade Atwood for their conduct in this case, and ordered them to deposit certain funds with the Clerk of this Court within 30 days. *See* [354]. The deadline for depositing the funds was October 5, 2017. That deadline is now passed, and no funds have been deposited with the Clerk. Emmett and Kade Atwood are in violation of this Court's Order [354]. Failure to submit all of the required funds by November 1, 2017 will result in additional sanctions.

SO NOTICED and ORDERED, on this the 13th day of October, 2017.

                                                          /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT JUDGE