IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                                                PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:12-CV-168-SA-DAS

MIKE CHENEY, et al.                                                                    DEFENDANTS

ORDER

The Court imposed sanctions against two parties in this case for failing to appear at depositions. The sanctioned parties missed the deadline to pay the ordered funds. In response, the Plaintiff filed a Motion to Enforce [356], and a Motion to Release Funds [359], that are now before the Court, requesting that the Court hold the sanctioned parties in contempt, and requesting various other relief. After the Court entered a notice that the sanctions were past due, the sanctioned parties deposited the funds with the Clerk of Court as ordered, and the Clerk of Court then disbursed the funds to the Plaintiff. Because the sanction funds have now been paid, the Plaintiff's Motion to Enforce [356] is MOOT, and is therefore DENIED, the Plaintiff's Motion to Release Funds [359] is also MOOT, and is therefore DENIED.

SO ORDERED, on this the 11th day of December, 2017.

                                                   /s/ Sharion Aycock
                                                UNITED STATES DISTRICT JUDGE